# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:17-cr-00118-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| THOMAS RAWLINGS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's Motion for Early Termination of Probation. [Doc. 95]. Both the Defendant's supervising probation officer and counsel for the Government consent to the Defendant's motion.

In order to terminate a defendant's term of probation, the Court must be "satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). Upon review of the Defendant's motion, the Court is satisfied that the early termination of the Defendant's probation is warranted.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 95] is **GRANTED**, and the Defendant's term of probation in the above-referenced action is hereby terminated.

The Clerk of Court is respectfully directed to provide a copy of this Order to counsel for the Government, counsel for the Defendant, and the United States Probation Office in Greenville, South Carolina.

**IT IS SO ORDERED.**

Signed: January 24, 2020

Martin Reidinger
United States District Judge